UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW A. TOBIN,
    Plaintiff,

vs.                          Case No.: 3:24cv627-TKW-ZCB

JUDGE HOPE THAI
CANNON, et al.,
    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 4). In response to the R&R, Plaintiff filed a motion for clarification (Doc. 8) which the Court will treat as an objection to the R&R.[1]

The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this action should be dismissed because each defendant has absolute judicial immunity from this suit. However, the dismissal is <u>with</u> prejudice (not <u>without</u> prejudice as recommended in the R&R) because the dismissal is on the merits.

---

[1] The motion for clarification raised issues with (1) the case style only listing Judge Cannon and (2) Judge Rodgers being assigned to the case despite being named a defendant. The first issue is meritless because only the first pleading must name all parties whereas subsequent documents only need to specifically name the first party on each side. *See* Fed. R. Civ. P. 10(a); N.D. Fla. Loc. R. 5.1(B). The second issue is moot because based on Judge Rodgers' recusal order. *See* Doc. 6.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED with prejudice** under 28 U.S.C. §1915A(b) because each Defendant is entitled to absolute judicial immunity from this suit.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 6th day of January, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**